

United States District Court
Eastern District of California

| Sri Anjaneya Suresh Dronavalli et al. |
|---|

Plaintiff(s)

Case Number: | 2:26-cv-00632-WBS-JDP |
|---|

V.

| Joseph B. Edlow, Director, USCIS |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Matthew T. Galati

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs (See Appendix A attached)

On ____10/21/2011____ (date), I was admitted to practice and presently in good standing in the

____Pennsylvania____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have , [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Gomathi Nayagam Subramanian, et al., 2:26-cv-00215-SCR, PHV filed on Jan. 27, 2026 (pending)

Date: ____03/03/2026____          Signature of Applicant: /s/ __Matthew T. Galati__

**Pro Hac Vice Attorney**

Applicant's Name: Matthew T. Galati

Law Firm Name: The Galati Law Firm, LLC

Address: 8080 Old York Road

Suite 204

City: Elkins Park    State: PA    Zip: 19027

Phone Number w/Area Code: (215) 309-1728

City and State of Residence: Jenkintown,   PA

Primary E-mail Address: matt@galati.law

Secondary E-mail Address: varda@galati.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Curtis Lee Morrison

Law Firm Name: Red Eagle Law, L.C.

Address: 5256 S. Mission Road

Suite 135

City: Bonsall    State: CA    Zip: 92003

Phone Number w/Area Code: (714) 661-3446    Bar # 321106

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE