ERIC GRANT
United States Attorney
Catherine J. Swann
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI ANJANEYA SURESH DRONAVALLI, ET AL., <br><br> Plaintiffss, <br><br> v. <br><br> JOSEPH B. EDLOW ET AL., <br><br> Defendants. | CASE NO.  2:26−CV−00632−WBS−JDP <br><br> JOINT STIPULATION FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiffs does not oppose this request. On Feburary 27, 2026, Plaintiffs filed a complaint seeking relief under the Administrative Procedures Act relating to pending Form I-829's, Petition by Investor to Remove Conditions on Permanent Resident Status; Plaintiffs served Defendants on March 09, 2026.  The current deadline for Defendants to respond is May 08, 2026. Since the filing of this action, Defendant USCIS has approved the subject petitions. The parties anticipate finalization within the next thirty days.

In the interest of allowing the process to continue, the parties wish to extend the deadline for Defendants to respond for approximately thirty days.  Accordingly, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 8, 2026.  The parties further request that all other filing deadlines be similarly extended.

///

///

JOINT STIPULATION FOR EXTENSION OF TIME

1

DATED: May 8, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:    */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: May 7, 2026

By:    */s/* Matthew T Galati, *(as authorized on May 7, 2026)*
MATTHEW T. GALATI
Counsel for Plaintiffs

_____

ORDER

IT IS SO ORDERED.

Dated:  May 11, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR EXTENSION OF TIME

2